107 A.3d 709

**DNB FIRST, N.A., Respondent**

v.

**William B. FRETZ Jr., Petitioner.**

**DNB First, N.A., Respondent**

v.

**William B. Fretz Jr., Petitioner.**

**Nos. 375 MAL 2014, 376 MAL 2014.**

Supreme Court of Pennsylvania.

Dec. 3, 2014.

## ORDER

PER CURIAM.

**AND NOW,** this 3rd day of December, 2014, the Petition for Allowance of Appeal is **GRANTED.** The issue, as stated by Petitioner, is:

Whether the Superior Court of Pennsylvania erred in deciding under Pa.R.C.P. 2959(c) that Petitioner waived four of the six meritorious defenses put forth on appeal to open/strike a confessed judgment, when those defenses were fleshed out in discovery and included in a court sanctioned supplemental brief?